1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT IL 6191786
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  JEAN M. TRUK, CSBN 131517
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (415) 977-8935
7       Facsimile: (415) 744-0134
        E-Mail: jean.tuek@ssa.gov
8
   Attorneys for Defendant
9

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO

| | |
|---|---|
| JULYUNDA DAVIS, ) | CV 1:13-CV-01185 GSA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | REDACT ADMINISTRATIVE |
| v. ) | RECORD |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

The parties, through counsel, hereby stipulate to redact pages 201-209 from the certified administrative record because they are confidential records pertaining to an individual other than Plaintiff. Inasmuch as that record was not part of the evidence upon which the findings and decisions complained of are based, those pages were not properly included in the record. Therefore, the parties stipulate:

    1) Defendant shall remove and destroy pages 201-209 in copies of the administrative in her possession.

Order to Redact 1:13-cv-01185

1      2)   Plaintiff shall remove and destroy pages 201-209 in the copy of
2            the administrative served on Plaintiff.
3      3)   The Court shall remove and destroy pages 201-209 from the
4            copies of the administrative record filed.
5      4)   The inadvertent inclusion of said page in the record is not and
6            will not be a basis for a claimed error.

DATE: January 30, 2014    DELLERT BAIRD LAW OFFICES - PLLC

/s/ *Jacqueline A. Forslund*  *
JACQUELINE A. FORSLUND
Attorneys for Plaintiff
*Signed by email authority on January 30, 2014

DATE: January 30, 2014    BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Jean M. Turk*
JEAN M. TUEK
Special Assistant U.S. Attorney
Attorneys for Defendant

### ORDER

The Court adopts the stipulation above. The Clerk's Office is directed to delete pgs. 65-73 of Document 10-6 filed on December 2, 2013. (Bates stamp nos. 201-209).

**Dated : January 31, 2014**          Gary S. Austin
                                                                  **United States Magistrate Judge**